STEFANIE T. SHARP, ESQ.
Nevada State Bar No. 8661
Robison, Belaustegui, Sharp & Low
A Professional Corporation
71 Washington Street
Reno, Nevada 89503
Telephone: (775) 329-3151
Facsimile:  (775) 329-7169
Email:      ssharp@rbsllaw.com

*Attorneys for Greenwich Investors XLII Trust 2012-1*

# UNITED STATE BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | CASE NO.:   BK-N-14-51823-btb |
| PANAGES INVESTMENTS, L.L.C. | **CHAPTER 11** |
| Debtor. | **NOTICE OF ENTRY OF ORDER APPROVING STIPULATION FOR ORDER PROVIDING FOR TREATMENT OF CLAIMS OF GREENWICH INVESTORS XLII TRUST 2012-1 IN CHAPTER 11 PLAN OF REORGANIZATION FOR PANAGES INVESTMENTS, L.L.C. [Claims 4-1 and 5-1]** |

PLEASE TAKE NOTICE that on the 24th day of June, 2015, the Court entered an Order Approving Stipulation for Order Providing for Treatment of Claims of Greenwich Investors XLII Trust 2012-1 in CHAPTER 11 Plan Of Reorganization for Panages Investments, L.L.C. [Claims 4-1 and 5-1] , in the above-entitled action, a copy of which is attached hereto as **Exhibit 1**.

DATED this 24th day of June, 2015.

> ROBISON, BELAUSTEGUI, SHARP & LOW
> A Professional Corporation
> 71 Washington Street
> Reno, Nevada  89503
>
> By: /s/ Stefanie Sharp
>
> STEFANIE T. SHARP, ESQ.
> *Attorneys for Greenwich Investors XLII Trust 2012-1*

## CERTIFICATE OF SERVICE

Pursuant to FRBP 7005 and FRCP 5(b), I certify that I am an employee of ROBISON, BELAUSTEGUI, SHARP & LOW, that I am over the age of 18 and not a party to the above-referenced case, and that on the date below I caused to be served a true copy of the **NOTICE OF ENTRY OF ORDER APPROVING STIPULATION FOR ORDER PROVIDING FOR TREATMENT OF CLAIMS OF GREENWICH INVESTORS XLII TRUST 2012-1 IN CHAPTER 11 PLAN OF REORGANIZATION FOR PANAGES INVESTMENTS, L.L.C. [Claims 4-1 and 5-1]** on all parties to this action by the method(s) indicated below:

__X__ I hereby certify that on the date below, I electronically filed the foregoing with the Clerk of the Court by using the ECF system which served the following parties electronically:

**KEVIN A. DARBY** on behalf of Debtor Panages Investments, LLC.
kevin@darbylawpractice.com, tatiana@darbylawpractice.com; itati@darbylawpractice.com; tricia@darbylawpractice.com; jill@darbylawpractice.com

**U.S. TRUSTEE - RN - 11**
USTPRegion17.RE.ECF@usdoj.gov

DATED: This 24th day of June, 2015.


                                                    /s/ Claudia Zaehringer

Robison, Belaustegui,
Sharp & Low
71 Washington St.
Reno, NV 89503
(775) 329-3151

**EXHIBIT 1**
**ORDER APPROVING STIPULATION FOR ORDER PROVIDING FOR TREATMENT OF CLAIMS OF GREENWICH INVESTORS XLII TRUST 2012-1 IN CHAPTER 11 PLAN OF REORGANIZATION FOR PANAGES INVESTMENTS, L.L.C.**
**[Claims 4-1 and 5-1]**

*signature*
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
June 24, 2015

STEFANIE T. SHARP, ESQ.
Nevada State Bar No. 8661
Robison, Belaustegui, Sharp & Low
A Professional Corporation
71 Washington Street
Reno, Nevada 89503
Telephone: (775) 329-3151
Facsimile:  (775) 329-7169
Email:      ssharp@rbsllaw.com

*Attorneys for Greenwich Investors XLII Trust 2012-1*

UNITED STATE BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | CASE NO.: BK-N-14-51823-btb |
| PANAGES INVESTMENTS, L.L.C. | CHAPTER 11 |
| Debtor. | ORDER APPROVING STIPULATION FOR ORDER PROVIDING FOR TREATMENT OF CLAIMS OF GREENWICH INVESTORS XLII TRUST 2012-1 IN CHAPTER 11 PLAN OF REORGANIZATION FOR PANAGES INVESTMENTS, L.L.C. [Claims 4-1 and 5-1] |
| | Hearing Date: June 24, 2015<br>Hearing Time: 2:00 p.m.<br>Set By: Dkt. 37 |

Upon consideration of the *Stipulation for Order Providing for Treatment Of Claims Of Greenwich Investors XLII Trust 2012-1 In Chapter 11 Plan Of Reorganization for Panages Investments, L.L.C. [Claims 4-1 and 5-1]*, Dkt. 39, (the "Stipulation") entered into by and

Robison, Belaustegui,
Sharp & Low
71 Washington St.
Reno, NV 89503
(775) 329-3151

1

between Debtor Panages Investments, L.L.C. ("Debtor") by and through its counsel Kevin A. Darby, Esq. of DARBY LAW PRACTICE, LTD., and Greenwich Investors XLII Trust 2012-1 ("Greenwich"), by and through its counsel of record Stefanie T. Sharp, Esq. of ROBISON, BELAUSTEGUI, SHARP & LOW, attached hereto as **Exhibit "1"** and good cause appearing therefore,

IT IS HEREBY ORDERED that the Stipulation is approved and the Chapter 11 Plan Of Reorganization for Panages Investments, L.L.C., Dkt. 19, (the "Plan") shall be amended and modified as set forth in the Stipulation, including without limitation, the provisions therein amending and modifying the treatment of Greenwich's claims under the Plan.

IT IS FURTHER ORDERED that the entry of an order approving this Stipulation shall constitute Greenwich's votes accepting Debtor's Plan.

/·/·/

/·/·/

/·/·/

/·/·/

/·/·/

/·/·/

/·/·/

/·/·/

/·/·/

/·/·/

/·/·/

/·/·/

/·/·/

/·/·/

/·/·/

/·/·/

Robison, Belaustegui,
Sharp & Low
71 Washington St.
Reno, NV 89503
(775) 329-3151

2

1 IT IS FURTHER ORDERED that any order confirming the Plan shall incorporate the modified treatment of Greenwich's claims and the other modifications to the Plan as agreed to in the Stipulation.

IT IS SO ORDERED.

Submitted By:

ROBISON, BELAUSTEGUI, SHARP & LOW,
a Professional Corporation

By: _____*Stefanie T. Sharp*_____
STEFANIE T. SHARP, ESQ.
71 Washington Street
Reno, Nevada 89503
Phone: (775) 329-3151
*Attorneys for Greenwich Investors XLII Trust 2012-1*

Approved By:

DARBY LAW PRACTICE, LTD.

By: _____*Kevin Darby*_____
KEVIN DARBY, ESQ.
4777 Caughlin Parkway
Reno, Nevada 89519
Phone: (775) 322-1237
*Attorneys for Debtor*

###

**EXHIBIT 1**
**STIPULATION FOR ORDER PROVIDING FOR TREATMENT OF CLAIMS OF GREENWICH INVESTORS XLII TRUST 2012-1 IN CHAPTER 11 PLAN OF REORGANIZATION FOR PANAGES INVESTMENTS, L.L.C. [Claims 4-1 and 5-1]**
(See the Attached)

Case 14-51823-btb    Doc 42    Entered 06/24/15 16:44:56    Page 8 of 13
Case 14-51823-btb    Doc 41    Entered 06/24/15 16:22:03    Page 5 of 10
Case 14-51823-btb    Doc 39    Entered 06/24/15 08:26:59    Page 1 of 6

```
 1  STEFANIE T. SHARP, ESQ.
    Nevada State Bar No. 8661
 2  Robison, Belaustegui, Sharp & Low
    A Professional Corporation
 3  71 Washington Street
    Reno, Nevada 89503
 4  Telephone: (775) 329-3151
    Facsimile:  (775) 329-7169
 5  Email:     ssharp@rbsllaw.com

 6  Attorneys for Greenwich Investors XLII Trust 2012-1
```

## UNITED STATE BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | CASE NO.: BK-N-14-51823-btb |
| PANAGES INVESTMENTS, L.L.C. | CHAPTER 11 |
| Debtor. | STIPULATION FOR ORDER PROVIDING FOR TREATMENT OF CLAIMS OF GREENWICH INVESTORS XLII TRUST 2012-1 IN CHAPTER 11 PLAN OF REORGANIZATION FOR PANAGES INVESTMENTS, L.L.C. [Claims 4-1 and 5-1] |
| | Hearing Date: June 24, 2015<br>Hearing Time: 2:00 p.m.<br>Set By: Dkt. 37 |

Debtor Panages Investments, L.L.C. ("Debtor"), by and through its counsel of record Kevin A. Darby, Esq. of DARBY LAW PRACTICE, LTD., and Greenwich Investors XLII Trust 2012-1 ("Greenwich"), by and through its counsel of record Stefanie T. Sharp, Esq. of ROBISON, BELAUSTEGUI, SHARP & LOW hereby stipulate to the following amendments to the treatment of Greenwich's claims, Claims 4-1 and 5-1, set forth in the Chapter 11 Plan of Reorganization for Panages Investments, L.L.C. (the "Plan"), Dkt. 19.

/·/·/

/·/·/

Case 14-51823-btb    Doc 42    Entered 06/24/15 16:44:56    Page 9 of 13
Case 14-51823-btb    Doc 41    Entered 06/24/15 16:22:03    Page 6 of 10
Case 14-51823-btb    Doc 39    Entered 06/24/15 08:26:59    Page 2 of 6

IT IS STIPULATED AND AGREED that the Plan shall be amended by this stipulation as follows:

1.   That Section 4.1 of the Plan shall be modified as follows:

**"4.1 Class 1 (GREENWICH INVESTORS)**

The Class 1 claim is **impaired** by this Plan and shall be treated under the Plan as follows:

(1) <u>Treatment of Allowed Class 1 Secured Claim.</u>

The Allowed Class 1 Secured Claim is over-secured. The Allowed Class 1 Secured Claim claimant shall retain its lien on the property located at 1657 Prater Way, Sparks, Nevada (with the alternative address of 426 Rock Boulevard, Sparks, Nevada) and the claimant shall be paid its Allowed Class 1 Secured Claim, as calculated through of the Effective Date, together with accrued interest thereon after the Effective Date, in full, over a period of eight (8) years from the Effective Date (the "Class 1 Maturity Date"). The Allowed Class 1 Secured Claim shall be amortized over eight (8) years. The initial rate of interest shall be the fixed rate of six (6%) percent per annum, for the first three (3) years after the Effective Date. The amount of said monthly payments shall be recalculated and, if necessary, adjusted on each one (1) year anniversary of the Effective Date after the initial three (3) year term, to be equal to two and seventy five (2.75%) percent in excess of the then existing prime rate of interest and to maintain said eight (8) year amortization. Commencing on the fifth (5th) day of the first (1st) month following the Effective Date of this Plan, and continuing on the fifth (5th) day of each and every month thereafter until the Class 1 Maturity Date, the Debtor shall make equal monthly payments of the outstanding Allowed Class 1 Secured Claim and accrued interest.

A default by Debtor under these terms or the Class 1 Loan Documents (as hereinafter defined) incorporated herein shall also constitute a default under the Class 2 repayment terms below and the Class 2 Loan Documents (as hereinafter defined) incorporated herein.

(2) <u>Loan Documents Remain In Limited Effect.</u>

The terms of the promissory note, as same may have been amended from time to time, underlying the Allowed Class 1 Secured Claim and the related deed of trust and other loan documents (collectively, the "Class 1 Loan Documents") shall remain in full force and effect,

Robison, Belaustegui,
Sharp & Low
71 Washington St.
Reno, NV 89503
(775) 329-3151

Case 14-51823-btb    Doc 42    Entered 06/24/15 16:44:56    Page 10 of 13
Case 14-51823-btb    Doc 41    Entered 06/24/15 16:22:03    Page 7 of 10
Case 14-51823-btb    Doc 39    Entered 06/24/15 08:26:59    Page 3 of 6

except as modified by or otherwise inconsistent with this Plan, in which event the terms of this Plan shall supersede.

(3) <u>Plan Default.</u>

In the event of a default by the Debtor under the Plan, and in the event Debtor fails to cure such default within thirty (30) days after mailing by regular U.S. mail notice to the Debtor and to Debtor's counsel at the respective addresses provided in the bankruptcy petition, the Class 1 claimholder shall be entitled to enforce all of the terms of the Class 1 Loan Documents and Class 2 Loan Documents, in additional to all rights available under Nevada law, including, without limitation, foreclosure its collateral.

2. That Section 4.2 of the Plan shall be modified as follows:

**"4.2 Class 2 (GREENWICH INVESTORS)**

The Class 2 claim is **impaired** by this Plan and shall be treated under the Plan as follows:

(1) <u>Treatment of Allowed Class 2 Secured Claim.</u>

The Allowed Class 2 Secured Claim is over-secured. The Allowed Class 2 Secured Claim shall retain its lien on the property located at 651 South Carson Street, Carson City, Nevada and the claimant shall be paid its Allowed Class 2 Secured Claim, as calculated through the Effective Date, together with accrued interest thereon after the Effective Date, in full, over a period of eight (8) years from the Effective Date (the "Class 2 Maturity Date"). The Allowed Class 2 Secured Claim shall be amortized over twelve (12) years. The initial rate of interest shall be the fixed rate of six (6%) percent per annum, for the first three (3) years after the Effective Date. The amount of said monthly payments shall be recalculated and, if necessary, adjusted on each one (1) year anniversary of the Effective Date after the initial three (3) year term, to be equal to two and seventy five (2.75%) percent in excess of the then existing prime rate of interest and to maintain said twelve (12) year amortization. Commencing on the fifth (5th) day of the first (1st) month following the Effective Date of this Plan, and continuing on the fifth (5th) day of each and every month thereafter until the Class 2 Maturity Date, the Debtor shall make equal monthly payments of the outstanding Allowed Class 2 Secured Claim and accrued interest.

Case 14-51823-btb    Doc 42    Entered 06/24/15 16:44:56    Page 11 of 13
Case 14-51823-btb    Doc 41    Entered 06/24/15 16:22:03    Page 8 of 10
Case 14-51823-btb    Doc 39    Entered 06/24/15 08:26:59    Page 4 of 6

A default by Debtor under these terms or the Class 2 Loan Documents (as hereinafter defined) incorporated herein shall also constitute a default under the Class 1 repayment terms above and the Class 1 Loan Documents.

(2) <u>Loan Documents Remain In Limited Effect.</u>

The terms of the promissory note, as same may have been amended from time to time, underlying the Allowed Class 2 Secured Claim and the related deed of trust and other loan documents (collectively, the "Class 2 Loan Documents") shall remain in full force and effect, except as modified by or otherwise inconsistent with this Plan, in which event the terms of this Plan shall supersede.

(3) <u>Plan Default.</u>

In the event of a default by the Debtor under the Plan, and in the event Debtor fails to cure such default within thirty (30) days after mailing by regular U.S. mail notice to the Debtor and to Debtor's counsel at the respective addresses in the bankruptcy petition, the Class 2 claimholder shall be entitled to enforce all of the terms of the Class 2 Loan Documents and Class 1 Loan Documents, in additional to all rights available under Nevada law, including, without limitation, foreclosure its collateral.

3.  The acceptance by Greenwich of a late or partial payment shall not act as a waiver of Greenwich's rights to proceed hereunder.

4.  The terms of this Stipulation shall not be modified, altered or changed by the Plan, or any confirmation order thereon, or any subsequently filed Amended Chapter 11 Plan of Reorganization or any confirmation order thereon without Greenwich's express written consent. The terms of this Stipulation shall be incorporated into the Plan and/or any subsequently filed Amended Chapter 11 Plan of Reorganization.

5.  In the event that Debtors' case is dismissed or converted to any other Chapter under Title 11 of the United States Bankruptcy Code, Greenwich shall retain its liens in the full amount due under the Class 1 Loan Documents and the Class 2 Loan Documents and shall not be bound by the terms of this stipulation.

6.  Except as set forth in this stipulation and in the Plan, all other terms and conditions

Robison, Belaustegui,
Sharp & Low
71 Washington St.
Reno, NV 89503
(775) 329-3151

Case 14-51823-btb    Doc 42    Entered 06/24/15 16:44:56    Page 12 of 13
Case 14-51823-btb    Doc 41    Entered 06/24/15 16:22:03    Page 9 of 10
Case 14-51823-btb    Doc 39    Entered 06/24/15 08:26:59    Page 5 of 6

of Class 1 Loan Documents, the Class 2 Loan Documents and all other documents and instruments evidencing the outstanding loans to Debtor held by Greenwich shall remain unmodified and in full force and effect.

7. In the event of a default of the Debtor under the Plan, the default terms of the Class 1 Loan Documents, the Class 2 Loan Documents and all other documents and instruments evidencing the outstanding loans to Debtor held by Greenwich shall be immediately binding on Debtor, without the need of further Court action.

8. Capitalized terms used herein and not otherwise defined shall have the meanings given to such terms in the Plan.

IT IS FURTHER STIPULATED AND AGREED that the entry of an order approving this Stipulation shall constitute Greenwich's votes accepting the Plan.

IT IS FURTHER STIPULATED AND AGREED that any order confirming the Plan shall incorporate the modified treatment of Greenwich's claims and the other modifications to the Plan as agreed to herein.

ROBISON, BELAUSTEGUI, SHARP & LOW,   DARBY LAW PRACTICE, LTD.
a Professional Corporation

By: _____*Stefanie T. Sharp*_____         By: _____*Kevin Darby*_____
STEFANIE T. SHARP, ESQ.                   KEVIN DARBY, ESQ.
71 Washington Street                      4777 Caughlin Parkway
Reno, Nevada 89503                        Reno, Nevada 89519
Phone: (775) 329-3151                     Phone: (775) 322-1237
*Attorneys for Greenwich Investors*       *Attorneys for Debtor*
*XLII Trust 2012-1*

Dated: June 23, 2015                      Dated: June 23, 2015

Robison, Belaustegui,
Sharp & Low
71 Washington St.
Reno, NV 89503
(775) 329-3151

5

Case 14-51823-btb    Doc 42    Entered 06/24/15 16:44:56    Page 13 of 13
Case 14-51823-btb    Doc 41    Entered 06/24/15 16:22:03    Page 10 of 10
Case 14-51823-btb    Doc 39    Entered 06/24/15 08:26:59    Page 6 of 6

# CERTIFICATE OF SERVICE

Pursuant to FRBP 7005 and FRCP 5(b), I certify that I am an employee of ROBISON, BELAUSTEGUI, SHARP & LOW, that I am over the age of 18 and not a party to the above-referenced case, and that on the date below I caused to be served a true copy of the **STIPULATION FOR ORDER PROVIDING FOR TREATMENT OF CLAIMS OF GREENWICH INVESTORS XLII TRUST 2012-1 IN CHAPTER 11 PLAN OF REORGANIZATION FOR PANAGES INVESTMENTS, L.L.C. [Claims 4-1 and 5-1]** on all parties to this action by the method(s) indicated below:

__X__  I hereby certify that on the date below, I electronically filed the foregoing with the Clerk of the Court by using the ECF system which served the following parties electronically:

**KEVIN A. DARBY** on behalf of Debtor Panages Investments, LLC.

kevin@darbylawpractice.com, tatiana@darbylawpractice.com; itati@darbylawpractice.com; tricia@darbylawpractice.com; jill@darbylawpractice.com

**U.S. TRUSTEE - RN - 11**
USTPRegion17.RE.ECF@usdoj.gov

DATED: This 24th day of June, 2015.

/s/ Claudia Zaehringer